1  MATLOCK LAW GROUP, P.C.
2  Anne-Leith Matlock (SBN 244351)
   K. Brian Matlock (SBN 243812)
3  1485 Treat Blvd., Suite 200
   Walnut Creek, CA 94597
4  Telephone: (925) 944-7131
   Facsimile: (925) 944-7138
5
6  Attorneys for Plaintiff:
   Hawaiian Art Network, LLC
7
8
9              UNITED STATES DISTRICT COURT
10          FOR THE CENTRAL DISTRICT OF CALIFORNIA
11



FILED
CLERK, U.S. DISTRICT COURT
APR 19 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

12  HAWAIIAN ART NETWORK,        CASE NO. CV 12-3426 -CBM
    LLC, a Hawaiian Limited                            (E)
13  Liability Corporation,
                                COMPLAINT FOR:
14
                                1. COPYRIGHT INFRINGEMENT COUNT 1
15            Plaintiff,        2. COPYRIGHT INFRINGEMENT COUNT 2
                                3. DMCA VIOLATION COUNT 3
16        v
                                DEMAND FOR JURY TRIAL
17  MND EVENTS, LLC, a Californian
    Limited Liability Company,
18  ParadiseFestival Hawaii, and DOES 1-
    100, inclusive,
19
20            Defendants.
21
22
23
24      Plaintiff Hawaiian Art Network, LLC, ("HAN LLC") a Hawaiian limited liability

25  corporation by its attorneys, hereby complain against Defendants MND EVENTS, LLC ("MND

26  Events"), a California limited liability company, ParadiseFestival Hawaii ("ParadiseFestival"),

27  business identity unknown, and DOES 1-100 (collectively "Defendants") and allege as follows:

28  //

COMPLAINT                        1

### I. JURISDICTION AND VENUE

1.      This court has exclusive subject matter jurisdiction over the federal copyright infringement claims under 28 U.S.C. §§ 1331 and 1338.

2.      This court has personal jurisdiction over Defendant MND Events because it either resides in this district, is doing business in this district, or the alleged unlawful acts have occurred in this district.

3.      Venue is proper in this district under 28 U.S.C. § 1391(b)-(d) and § 1400(a) because MND Events has a registered entity address in this district.

### II. THE PARTIES

4.      Plaintiff Hawaiian Art Network, LLC is a Hawaiian limited liability company with its principle place of business at 1888 Kalakaua Avenue, Suite C312, Honolulu, Hawaii 96815.

5.      Upon information and belief, Defendant MND Events is a limited liability company registered with the California Secretary of State, with its principal place of business located at 1174 Carmona Ave., Los Angeles, CA 90019, and has an agent for service, David Wiggins, PO Box 692057, West Los Angeles, CA 90069.

6.      The business form and address of Defendant ParadiseFestival Hawaii are presently unknown, and this complaint will be amended to include its address when such information becomes available.

7.      The identities of defendants Does 1-100 are presently unknown and this Complaint will be amended to include the names of those individuals and/or entities when such information becomes available.

### III. FACTS COMMON TO ALL CAUSES OF ACTION

8.      Professional photographer Mr. V.K. Tylor owns the copyright in the three images Golf Hawaii, Surfer at Twilight, and Waikiki Dusk (collectively, the "V.K. Tylor Images"), which were registered with the U.S. Copyright Office under registration number VA 1-696-555 issued on December 17, 2009. Attached hereto as Exhibit 1, and incorporated herein

COMPLAINT                                          2

by this reference is the certificate of registration and a list of images submitted for the registration.

9.     Plaintiff HAN LLC is an exclusive licensee of the V.K. Tylor Images through exclusive licenses and is authorized to bring lawsuits on behalf of Mr. V.K. Tylor to enforce the copyright of the licensed images for current and/or past infringement.

10.     Professional photographer Mr. V.S. Tylor owns the copyright in the two images Chinaman's Hat and East Side Kauai (collectively, the "V.S. Tylor Images"), which were registered with the U.S. Copyright Office under registration number VA 1-761-524 issued on February 8, 2011. The certificate of registration and a list of images submitted for the registration are attached hereto as Exhibit 2 and incorporated herein by this reference.

11.     Plaintiff HAN LLC is an exclusive licensee of the V.S. Tylor Images through exclusive licenses and is authorized to bring lawsuits on behalf of Mr. V.S. Tylor to enforce the copyright of the licensed images for current and/or past infringement.

12.     Plaintiff HAN LLC has posted the V.K. Tylor Images at its website www.hawaiipictures.com. The images include Mr. V.K. Tylor's signature at the lower right corner as a copyright identification mark.

13.     Various-usages of the V.K. Tylor Images are available for license at www.hawaiipictures.com.

14.     On www.hawaiipictures.com, the "Terms of Use" section, under the heading "Ownership," it is clearly stated that "No material or Artwork from HawaiiPictures.com may be reproduced, published, or distributed."

15.     On information and belief, Defendants operate the website www.paradisefestival.net ("Defendants' Website"), which is the official website for the Paradise Festival event, a Hawaii's International Gay & Lesbian Festival scheduled to begin on May 10, 2012 through May 13, 2012.

16.     On information and belief, the event Paradise Festival Hawaii is an event organized by MND Events.

COMPLAINT                                      3

17.     On information and belief, the organization ParadiseFestival is a division or subsidiary of MND Events, or is a fictitious entity created by MND Events.

18.     The webpages at Defendants' Website are marked "©2011 MND Events & ParadiseFestival | All Rights Reserved" at the bottom of the pages.

19.     The "Terms and Conditions of Use" page of the Defendants' Website recites: "OWNERSHIP OF COPYRIGHTS & USAGE RESTRICTIONS The works of authorship contained in this Web Site, including but not limited to all design, text and images, are owned, except as otherwise expressly stated, by ParadiseFestival ('ParadiseFestival') or its licensors. The entire contents of this Web Site are protected by United States' and worldwide copyright laws and treaty provisions."

20.     According to godaddy.com's WhoIs search, the identity of the registrant of the website paradisefestival.net is held confidential. Attached hereto as Exhibit 3, and incorporated herein by this reference is a printout from the WhoIs search website.

21.     On information and belief, MND Events and ParadiseFestival are jointly and severally liable for the infringement on Defendants' Website because the website is jointly copyrighted and used by MND Events and ParadiseFestival. MND Events and ParadiseFestival jointly promoted the Paradise Festival event, and each will benefit from the event.

22.     As of February 22, 2012, MND Events continues to promote the Paradise Festival event on its website at www.mndevents.com/paradise.html. Attached hereto as Exhibit 4, and incorporated herein by reference is a printout of said webpage.

23.     Defendants used Plaintiff's images on Defendants' Website without permission at least up until about September 14, 2011.

24.     The manner of infringement is described in the following paragraphs. The evidence of infringement is attached hereto as Exhibit 5, and incorporated herein by reference.

25.     The Image "Golf Hawaii" was used at:

        Page URL:     http://www.paradisefestival.net/Web/EN/About.aspx

        (Image is used as a ¼ - page image)

        Image URL:   http://www.paradisefestival.net/Images/Box2.gif

1    26.    The Image "Surfer at Twilight" was used at:

2           Page URL:     http://www.paradisefestival.net/Web/EN/About.aspx

3           (Image is used as a ¼ - page image)

4           Image URL:    http://www.paradisefestival.net/Images/Box9.gif

5    27.    The Image "Waikiki dusk" was used at:

6           Page URL:     http://www.paradisefestival.net/Web/EN/About.aspx

7           (Image is used as a ¼ - page image)

8           Image URL:    http://www.paradisefestival.net/Images/Box8.gif

9    28.    The Image "Chinaman's Hat02" was used at:

10          Page URL:     http://www.paradisefestival.net/Web/EN/About.aspx

11          (Image is cropped and used as a ¼ - page image)

12          Image URL:    http://www.paradisefestival.net/Images/Box12.gif

13   29.    The Image "East Side Kauai002" was used at:

14          Page URL:     http://www.paradisefestival.net/Web/EN/About.aspx

15          (Image is used as a ¼ - page image)

16          Image URL:    http://www.paradisefestival.net/Images/Box1.gif

17   30.    Plaintiff's images were also used as background images throughout Defendants'

18   Website.

19   31.    Matlock Law Group on behalf of the Plaintiff sent a cease and desist letter to

20   MND Events by postal mail and email to info@paradisefestival.com on or about September 14,

21   2011.

22   32.    The infringing images were removed from Defendants' website after the cease

23   and desist letter was sent.

24   33.    When Defendants failed to contact Matlock Law Group regarding payment for

25   damages, Matlock Law Group on behalf of the Plaintiff sent a second demand letter to MND

26   Events requesting Defendants to pay damages, by postal mail and email to

27   info@paradisefestival.com on or about October 14, 2011.

28

COMPLAINT                                    5

34.     Defendants, via counsel Mr. Moises A. Aviles, in a letter dated Nov. 4, 2011, denied responsibility and claimed that an intermediate third party was responsible for the alleged infringement.

35.     Matlock Law Group emailed Mr. Moises A. Aviles on Nov. 14, 2011 and pointed out that the Defendants' Website was copyrighted by the Defendants.

36.     Mr. Aviles' reply email on Nov. 15, 2011 had only one sentence "I will confer with the appropriate parties and respond accordingly."

37.     Matlock Law Group has not heard from Defendants since Nov. 15, 2011.

38.     The unauthorized use of Plaintiff's proprietary content has caused lost revenues, harmed their contractual relationships between past, current or future customers, and has interfered with prospective economic advantage of the Plaintiff. This use jeopardizes Plaintiff's ability to continue to develop and serve its customers. Defendants' use of Plaintiff's images falsely gives the impression that Defendants are somehow related to Plaintiff. Plaintiff will continue to suffer irreparable harm if Defendant continues the unlawful use.

## COUNT ONE

**(For Violation of the Federal Copyright Act, 17 USC §101 *et seq*. with respect to**

**Copyright Registration Number VA 1-696-555)**

39.     Plaintiff incorporates the allegations of paragraphs 1 through 38 above as though fully set forth herein.

40.     As alleged hereinabove, the named Defendants have infringed upon original, creative, visual art work of Mr. V.K. Tylor, exclusively licensed to HAN LLC, Copyright Registration number VA 1-696-555, titles of works: Golf Hawaii, Surfer at Twilight, and Waikiki Dusk, by using the same in a manner not authorized by the Plaintiff, i.e., copying, distributing, public displaying, and making derivative works.

41.     Upon information and belief, Defendants have intentionally and willfully infringed Plaintiff's copyright.

42.     Upon information and belief, Defendants have intentionally and willfully violated the Federal Copyright Act, Title 17 U.S.C. §101 *et seq*. (the "Copyright Act"), thereby

1   entitling Plaintiff to all remedies provided by the Copyright Act including actual or statutory

2   damages, and other relief provided by the Copyright Act.

3        43.    Said infringement entitles Plaintiff to actual and statutory damages, injunctive

4   and other relief provided by the Copyright Act.

5   ## COUNT TWO

6   **(For Violation of the Federal Copyright Act, 17 USC §101 *et seq.* with respect to**

7   **Copyright Registration Number VA 1-761-524)**

8        44.    Plaintiff incorporates the allegations of paragraphs 1 through 43 above as though

9   fully set forth herein.

10       45.    As alleged hereinabove, the named Defendants have infringed upon original,

11  creative, visual art work of Mr. V.S. Tylor, exclusively licensed to HAN LLC, Copyright

12  Registration number VA 1-761-524, titles of works: Chinaman's Hat and East Side Kauai, by

13  using the same in a manner not authorized by the Plaintiff, i.e., copying, distributing, public

14  displaying, and making derivative works.

15       46.    Upon information and belief, Defendants have intentionally and willfully

16  infringed Plaintiff's copyright.

17       47.    Upon information and belief, Defendants have intentionally and willfully

18  violated the Federal Copyright Act, Title 17 U.S.C. §101 *et seq.*, thereby entitling Plaintiff to all

19  remedies provided by the Copyright Act including actual or statutory damages, and other relief

20  provided by the Copyright Act.

21       48.    Said infringement entitles Plaintiff to actual and statutory damages, injunctive

22  and other relief provided by the Copyright Act.

23  ## COUNT THREE

24  **(For Violation of the Digital Millennium Copyright Act, 17 USC §1202(b) *et seq.* with**

25  **respect to Copyright Registration Number VA 1-696-555)**

26       49.    Plaintiff incorporates the allegations of paragraphs 1 through 48 above as though

27  fully set forth herein.

28

COMPLAINT           7

50.     Mr. V.K. Tylor's signature at the lower right corners of the images Golf Hawaii, Surfer at Twilight, and Waikiki Dusk (the "V.K. Tylor Images") indicate the authorship of these images and constitute copyright management information.

51.     The V.K. Tylor Images displayed on Defendants' website www.paradisefestival.net were cropped, and Mr. V.K. Tylor's signature was thereby removed.

52.     Upon information and belief, Defendants without permission willfully and intentionally cropped the images, removed Mr. V.K. Tylor's signature therefrom, and thereby removed the copyright management information without the authority of the copyright owner.

53.     Upon information and belief, Defendants have intentionally and willfully violated the Digital Millennium Copyright Act, 17 U.S.C. §1202(b) *et seq.,* thereby entitling Plaintiff to all remedies provided by the Digital Millennium Copyright Act including actual or statutory damages, and other reliefs provided by the Act.

54.     Defendants' violations entitle Plaintiff to all remedies provided by the Digital Millennium Copyright Act including actual or statutory damages, injunctive, and other reliefs provided by the Act.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Hawaiian Art Network, LLC prays for judgment:

(a)     that Defendants directly infringed one or more exclusive rights belonging to the Plaintiff in violation of the Federal Copyright Act, 17 USC § 101 *et seq.;*

(b)     permanently enjoin Defendants from further infringement of the copyrighted subject matter herein pursuant to 17 U.S.C § 502;

(c)     award Plaintiff damages in an amount adequate to compensate for Defendants' infringement including an accounting of any and all profits derived by its illegal acts;

(d)     award Plaintiff statutory damages for the copyright infringement of five works pursuant to Federal Copyright Act, 17 USC § 101 *et seq.;*

(e)     that defendants infringed Plaintiff's copyright willfully;

COMPLAINT                                          8

(f)     award Plaintiff statutory damages for willful copyright infringement of five works pursuant to Federal Copyright Act, 17 USC § 101 *et seq.*;

(g)     that Defendants violated one or more exclusive rights belonging to the Plaintiff in violation of the Digital Millennium Copyright Act, 17 U.S.C. §1202(b) *et seq.*;

(h)     award Plaintiff statutory damages for violation of three works pursuant to Digital Millennium Copyright Act, 17 U.S.C. §1203(c) *et seq.*;

(i)     award Plaintiff attorneys' fees;

(j)     award Plaintiff the costs and expenses incurred in this action;

(k)     award Plaintiff pre and post-judgment interest at the maximum allowable rate under the law; and

(l)     grant Plaintiff other and further reliefs the court deems proper.

## **DEMAND FOR TRIAL BY JURY**

Plaintiff hereby demands a trial by jury for issues so triable.

DATED: April 16, 2012           MATLOCK LAW GROUP, PC

By: _K. Brian Matlock_
K. Brian Matlock
Attorneys for Plaintiff
Hawaiian Art Network, LLC

COMPLAINT           9

# EXHIBIT  1

**Additional Certificate (17 U.S.C. 706)**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-696-555

**Effective date of registration:**

December 17, 2009

---

## Title

**Title of Work:** Hawaii 2000

## Completion/ Publication

**Year of Completion:** 2000

**Date of 1st Publication:** January 1, 2000    **Nation of 1st Publication:** United States

## Author

■    **Author:** Vincent Khoury Tylor, dba  Hawaiian LandMark Images

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

**Year Born:** 1962

## Copyright claimant

**Copyright Claimant:** Vincent Khoury Tylor

P.O. Box 510164, Kealia, HI, 96751, United States

## Rights and Permissions

**Organization Name:** Hawaiian LandMark Images

**Name:** Michele Lynn Tylor

**Email:** michele@hawaiianphotos.net    **Telephone:** 808-823-1263

**Address:** P.O.Box 510164

Kealia, HI 96751  United States

## Certification

**Name:** Michele L. Tylor

**Date:** December 17, 2009

**Additional Certificate (17 U.S.C. 706)**

**Registration #:**   VA0001696555

**Service Request #:**   1-298994281

Hawaiian LandMark Images
Michele Lynn Tylor
P.O.Box 510164
Kealia, HI 96751  United States

VA0001696555 image list
The following files were successfully uploaded for service request 1-298994281:

A-01 Hammock NEW Web-LG.jpg
A-02-B Big Wave Web-LG.jpg
A-03 Monk Seal stomach WEB-LG.jpg
A-03 Monk Seal-back Web-LG.jpg
A-04 Hawaiian Sea Turtle Web-LG.jpg
A-05Monk Seal with Pup Web-LG.jpg
A-06 Nene Geese Web-LG.jpg
A-06-C Nene Goose Web-LG.jpg
A-07 Surfers at Dusk Web-LG.jpg
A-08 Golf Hawaii Web-LG.jpg
A-09 Palm Sunset Web-LG.jpg
A-10 Island Sunset WEb-LG.jpg
A-11 Hawaiian Sunset Web-LG.jpg
A-12-B LaniKai-girl Web-LG.jpg
A-13 Rooster w-Rock LG.jpg
A-14 Tropical Lagoon Web-LG.jpg
A-15 Secluded Falls Web-LG.jpg
A-16 Horses inn Hawaii Web-LG.jpg
A-17 NaPali Sunset wide Web-LG.jpg
A-19 Snorkel Hawaii Web-LG.jpg
A-20 Surfer at Twilight Web-LG.jpg
A-21 Blue Sky Sunset Web-LG.jpg
A-23B Bali Hai Sunset Web-LG.jpg
A-24 Tropical Day Web-LG.jpg
A-27 South Pacific sunset WEb-Lg.jpg
A-28 Emerald waters web-LG.jpg
A-30 A Day at the beach Web-LG.jpg
A-35 Coastal Colors Web-LG.jpg
B-01-A Rainbow Falls Web-LG.jpg
B-01-B Raimbow Falls Web-LG.jpg
B-02 Punaluu Black Sand Beach Web-LG.jpg
B-03 Waipio Valley Web-LG.jpg
B-03-T Waipio Valley Trees Web-LG.jpg
B-04 Anaehoomalu Bay Sunset Web-LG.jpg
B-05-B Pololo Sunrise Web-LG.jpg
B-06 Magic Sands Beach Web-LG.jpg
B-07 Akaka Falls Hor Web-LG.jpg
B-07-V Akakka Falls vertical Web-LG.jpg
B-09 Hapuna Beach South Web-LG.jpg
B-09-N Hapuna Beach North Web-LG.jpg
B-10 Secluded Cove Web-LG.jpg
B-12 Kona Coast web-LG.jpg
B-18 Green Beach Web-LG.jpg
B-18-BGreen Beach Web-LG.jpg
B-19 Pololu Valley Wide WEB-LG.jpg
B-20 Pololu Ocean view Web-LG.jpg
F-01 Yellow Hibiscus Web-LG.jpg
F-02 Bird of Paradise W-Friend Web-LG.jpg
F-02-B Bird of Paradise Web-LG.jpg
F-03 Red Hibiscus Web-LG.jpg
F-05 Wild Orchids old Web-LG.jpg
F-07 Plumeria Web-LG.jpg
K-02-B Spouting Horn Sunset Web-LG.jpg
K-04-B Kilauea Lighthouse Web-LG.jpg
K-04-V Kilauea Lthouse vert Web-LG.jpg
K-05 Waimea Sunset old Web-LG.jpg
K-06-A Wailua Falls vertical Web-LG.jpg
K-06-B Wailua Falls Rainbow Web-LG.jpg
K-06-C Wailua Falls-Heavy Rain Web-LG.jpg
K-07 Kalalau Valley Ridges Web-LG.jpg
K-07-N Kalalau Valley wide Web-LG.jpg

VA0001696555 image list

```
K-08 Kee Beach Web-LG.jpg
K-10 Hanalei Valley Web-LG.jpg
K-11 Spouting Horn-foliage Web-LG.jpg
K-11-B Spouting Horn Web-LG.jpg
K-12 Lumahai beach Web-LG.jpg
K-16 Hanalei Kayaker Web-LG.jpg
K-20 Waimea Canyon Web-LG .jpg
K-20-B Waimea Canyon wide Web-LG.jpg
K-21 Fern Grotto Web-LG.jpg
K-22 Opaekaa Falls Web-LG.jpg
K-23 NaPali Sunset old Web-LG.jpg
K-24-B Kealia Beach Web-LG.jpg
K-26 Hanapepe Lookout Web-LG.jpg
K-27 NaPali Coast Web-LG.jpg
K-28 Hanalei Pier day Web-LG.jpg
K-33-B Rooster Crowing Web-LG.jpg
K-35 Mahalapuu WEB-LG.jpg
K-36 Haena Beach Web-LG.jpg
K-38 Taro Fields of Hanalei Web-LG.jpg
K-39 Shipwrecks Beach Web-LG.jpg
K-41 Tunnels Beach Web-LG.jpg
M22-A Honolua Bay Web-LG.jpg
M24-C Black Sand Beach Web-LG.jpg
M-01 End of Hana Web-LG.jpg
M-02 Wailua Falls web-LG.jpg
M-03 Iao Needle Sunset Web-LG.jpg
M-04 West Maui Mountains old Web-LG.jpg
M-05 Kihei Beach Web-LG.jpg
M-06 Haleakala Sunrise Web-LG.jpg
M-07 Windsurfers Web-LG.jpg
M-09 Alau Isle sunrise Web-LG.jpg
M-11 7 Pools Waterfalls Web-LG.jpg
M-13 Lahaina at Dusk Web-LG.jpg
M-13-B Lahaina Harbour Sunset Web-LG.jpg
M-14 SilverSword Web-LG.jpg
M-16 Maui Tropical Plantation.jpg
M-18 Turquoise lagoon Web-LG.jpg
M-24 Black Beach rocks Web-LG.jpg
M-25 Kaanapali Beach Web-LG.jpg
O-01 Waikiki Pink Boat Web-LG.jpg
O-03 Waikiki Dawn Web-LG.jpg
O-04 LaniKai shore Web-LG.jpg
O-04 LaniKai shoreline Web-LG.jpg
O-05 Chinamans Hat Web-LG.jpg
O-06 Hanauma Bay Wide Web-LG.jpg
O-07 Waimea Falls Web-LG.jpg
O-08 Waikiki from Top of DiamondHead Web-LG.jpg
O-10-V Makapuu Lighthouse Web-LG.jpg
O-11 Waimea Bay Web-LG old.jpg
O-12-B Pali Lookout Web-LG.jpg
O-15 Waikiki Skyview Web-LG.jpg
O-22 Kanehoe Fish Pond Web-LG.jpg
O-23 Waikiki Dusk Web-LG.jpg
O-24 Makapuu Web-LG.jpg
S-02 Last Light in Poipu Web-LG.jpg
S-03 Kauai Golden Sunrise Web-LG.jpg
S-04 Coastal Tranquility Web-LG.jpg
S-06 Fishing at Sunset Web-LG.jpg
S-14 Flat Reef Sunset Web-LG.jpg
S-16 Hawaiian Stormscape Web-LG.jpg
V-03 Lava Closeup Web-LG.jpg
V-04 Where the Rocks Bleed Web-LG.jpg
```

# EXHIBIT  2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-761-524

**Effective date of registration:**

February 8, 2011

---

## Title

**Title of Work:** Vincent Scott Tylor Hawaii - 2006

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** November 23, 2006    **Nation of 1st Publication:** United States

## Author

■    **Author:** Vincent Scott Tylor

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Vincent Scott Tylor

P.O.Box 510164, Kealia, HI, 96751, United States

## Rights and Permissions

**Name:** Vincent Scott Tylor

**Email:** scottetylor@gmail.com    **Telephone:** 808-823-1263

## Certification

**Name:** Glen Carner

**Date:** February 8, 2011

---

Page 1 of 1

ST-VA0001761524 image list
Scott Tylor Registration VA 1-761-524

Anahola01.jpg
Anahola02.jpg
Anahola03.jpg
Anahola04.jpg
Anahola05.jpg
Anini01.jpg
Anini02.jpg
Big Beach01.jpg
Big Beach02.jpg
Big Island0002.jpg
Big Island0003.jpg
Big Island0004.jpg
Big Island0005.jpg
Big Island0006.jpg
Big Island0007.jpg
Big Island0008.jpg
Big Island0009.jpg
Big Island0010.jpg
Big Island0011.jpg
Big Island0014.jpg
Bird of Paradise01.jpg
Bird of Paradise02.jpg
Black Sand beach 3.jpg
Black Sand beach01.jpg
Black Sand beach02.jpg
Blue mood Kauai.jpg
Blue Seascape.jpg
Busy Bee.jpg
Calming effect.jpg
Camerea Eye.jpg
Chinamans Hat01.jpg
Chinamans Hat02.jpg
Coconut Dreams Kauai01.jpg
Coconut Dreams Kauai02.jpg
Diamond Head Lookout.jpg
Doggies Kauai.jpg
Dogie Sunrise.jpg
Donkeys Beach Kauai01.jpg
Donkeys Beach Kauai02.jpg
Donkeys Beach Kauai03.jpg
Donkeys Beach Kauai04.jpg
Duck Eye.jpg
East Kauai01.jpg
East Kauai02.jpg
East Side Kauai001.jpg
East Side Kauai002.jpg
East Side Kauai003.jpg
East Side Kauai004.jpg
filelist.txt
Flags Beach Kauai01.jpg
Flags Beach Kauai02.jpg
Flags Beach Kauai03.jpg
Flags Beach0001.jpg
Flags Beach0002.jpg
Flags Beach0003.jpg
Flags Beach0004.jpg
Flags Beach0005.jpg
Flat Reef Beach Kauai01.jpg
Flat Reef Beach Kauai02.jpg
Flat Reef Beach Kauai03.jpg
Flat Reef Beach Kauai04.jpg

Page 1

ST-VA0001761524 image list

```
Flat Reef Beach Kauai05.jpg
Flat Reef Beach Kauai07.jpg
Flat Reef Beach Kauai08.jpg
Flat Reef Beach Kauai09.jpg
Flat Reef Beach Kauai10.jpg
Flat reef Kauai.jpg
Haena Beach Kauai01.jpg
Haena Beach Kauai02.jpg
Haena Beach Kauai03.jpg
Haleakala.jpg
Hana Beaches01.jpg
Hana Beaches02.jpg
Hana Beaches03.jpg
Hana Beaches04.jpg
Hana Beaches06.jpg
Hana Beaches07.jpg
Hana Beaches08.jpg
Hana Waterfalls01.jpg
Hana Waterfalls02.jpg
Hana Waterfalls03.jpg
Hanalei Bay sunset.jpg
Hanalei Beach Kauai01.jpg
Hanalei Beach Kauai02.jpg
Hanalei Beach Kauai03.jpg
Hanalei Beach Kauai04.jpg
Hanalei Beach Kauai05.jpg
Hanalei Beach Kauai06.jpg
Hanalei Beach Kauai07.jpg
Hanalei Beach Kauai09.jpg
Hanalei Beach Kauai10.jpg
Hanalei Kayak.jpg
Hanalei Peir.jpg
Hanalei Taro patches0001.jpg
Hanalei Taro patches0002.jpg
Hanama Bay.jpg
Hawaiian Monk Seal0001.jpg
Hawaiian Monk Seal0002.jpg
Hawaiian Monk Seal0003.jpg
Hawaiian Monk Seal0004.jpg
Hawaiian Monk Seal0005.jpg
Hidden beaches Kauai .jpg
Hidden Falls 3.jpg
Hidden Waterfall0001.jpg
Hidden Waterfall0002.jpg
Hideaways Beach Kauai01.jpg
Hideaways Beach Kauai02.jpg
Hopi Falls .jpg
Horses.jpg
Iao Needle01.jpg
Iao Needle02.jpg
Iao Needle03.jpg
K e e.jpg
Kalalau Valley Kauai01.jpg
Kalalau Valley Kauai02.jpg
Kalalau Valley Kauai03.jpg
Kalalau Valley Kauai04.jpg
Kalalau Valley Kauai05.jpg
Kalalau Valley Kauai06.jpg
Kalalau Valley Kauai07.jpg
Kalalau Valley Kauai08.jpg
Kalalau Valley Kauai09.jpg
Kalalau Valley Kauai10.jpg
Kalalau Valley Kauai11.jpg
```

ST-VA0001761524 image list

```
Kalalau Valley Kauai12.jpg
kalalau_4.jpg
Kalapaki bay Kauai01.jpg
Kalapaki bay Kauai02.jpg
Kalihiwai Beach0001.jpg
Kalihiwai Beach0002.jpg
Kapaa sunset Kauai01.jpg
Kapaa sunset Kauai02.jpg
Kauai abstract.jpg
Kauai East Side Sunsets01.jpg
Kauai East Side Sunsets02.jpg
Kauai East Side Sunsets03.jpg
Kauai East Side Sunsets05.jpg
Kauai East Side Sunsets06.jpg
Kauai Ferns.jpg
Kauai Flowers0001.jpg
Kauai Flowers0002.jpg
Kauai Flowers0003.jpg
Kauai Golf.jpg
Kealia Kauai.jpg
Kealia Kauai01.jpg
Kealia Kauai02.jpg
Kealia Kauai03.jpg
Kealia Kauai04.jpg
Kealia Kauai05.jpg
Kealia Kauai07.jpg
Kealia Kauai08.jpg
Kealia Kauai09.jpg
Kealia pond.jpg
Kicking Back.jpg
Kihei Beaches01.jpg
Kihei Beaches02.jpg
Kihei Beaches03.jpg
Kihei Beaches04.jpg
Kihei Beaches05.jpg
Kihei Beaches06.jpg
Kihei Beaches07.jpg
Kihei Beaches08.jpg
Kihei Beaches09.jpg
Kihei Beaches10.jpg
Kihei Beaches11.jpg
Kihei colours.jpg
Kihei Sunsets01.jpg
Kihei Sunsets02.jpg
Kihei Sunsets03.jpg
Kiluea Light House.jpg
Kiluea vert.jpg
Koi Fish0001.jpg
Koi Fish0002.jpg
Koi&Swan.jpg
Kokee Plant life0001.jpg
Kokee Plant life0002.jpg
Kokee Plant life0003.jpg
Kong Seascape0001.jpg
Kong Seascape0002.jpg
Kong Seascape0003.jpg
Lahina01.jpg
Lahina02.jpg
Lahina03.jpg
Lahina04.jpg
Lahina05.jpg
Lake House.jpg
Lani Kai Beach01.jpg
```

ST-VA0001761524 image list

```
Lani Kai Beach02.jpg
Laparoose01.jpg
Laparoose02.jpg
Laparoose03.jpg
Laparoose04.jpg
Larsons Beach kauai.jpg
Lonley Chameleon.jpg
Low Tide seascape .jpg
Lumahai 10.jpg
Lumahai Beach0001.jpg
Lumahai Beach0002.jpg
Lumahai Beach0003.jpg
Lumahai Beach0004.jpg
Lumahai Beach0005.jpg
Lumahai Beach0006.jpg
Lumahai Beach0007.jpg
Lumahai Beach0008.jpg
Lumahai Beach0009.jpg
Mahalapu Beach Kauai01.jpg
Mahalapu Beach Kauai02.jpg
Mahalapu Beach Kauai03.jpg
Mahalapu Beach Kauai04.jpg
Mahalapu Beach0001.jpg
Mahalapu Beach0002.jpg
Mahalapu Beach0003.jpg
Mahalapu Beach0004.jpg
Mahalapu Beach0005.jpg
Mahalapu Beach0006.jpg
Mahalapu Beach0007.jpg
Mahalapu Beach0008.jpg
Mahalapu Beach0009.jpg
Mahalapu Beach0010.jpg
Mahalapu Beach0011.jpg
Mahalapu Beach0012.jpg
Mahalapu Beach0013.jpg
Mahalapu Vert.jpg
Mahalepu Cave.jpg
Makena Big Beach 3.jpg
Makena Big Beach.jpg
Makena Big Beach2.jpg
Maui Reds.jpg
Maui Samples061.jpg
Maui Samples067.jpg
Monk Seal in water.jpg
Na Pali Sunset0001.jpg
Na Pali Sunset0002.jpg
North Shore Kauai0001.jpg
North shore Kauai0002.jpg
North Shore Kauai0003.jpg
Northwest Maui01.jpg
Northwest Maui02.jpg
Northwest Maui03.jpg
Northwest Maui04.jpg
Northwest Maui05.jpg
Northwest Maui06.jpg
Northwest Maui07.jpg
Oahu Beachs01.jpg
Oahu Beachs02.jpg
Oahu Beachs03.jpg
Oahu Beachs04.jpg
Ocean Movement.jpg
Ohau City Lights.jpg
Ohau0018.jpg
```

Page 4

ST-VA0001761524 image list

Opika Falls0001.jpg
Pali Lookout.jpg
Plumerias.jpg
Poipu0001.jpg
Poipu0002.jpg
Poipu0003.jpg
Poipu0004.jpg
Poli hali Perfect colours.jpg
Poli Hali.jpg
Polihali0001.jpg
Polihali0002.jpg
Polihali0003.jpg
Polihali0004.jpg
Princeville01.jpg
Princeville02.jpg
Princeville03.jpg
Princeville04.jpg
Real Beach Dog.jpg
Red Hibiscuss.jpg
Road to hana 2.jpg
Road to hana.jpg
Salt Pond0001.jpg
Salt Pond0002.jpg
Shipwrecks Beach.jpg
Sky of Fire.jpg
South Seacape.jpg
South Side Beaches0001.jpg
South Side Beaches0002.jpg
South Side Beaches0003.jpg
South Side Beaches0004.jpg
South Side Beaches0005.jpg
South Side Beaches0006.jpg
South Side Beaches0007.jpg
South Side Beaches0008.jpg
South Side Beaches0009.jpg
South Side Beaches0010.jpg
South Side Beaches0012.jpg
South Side Beaches0013.jpg
South Side Beaches0014.jpg
South Side Sunset Kauai01.jpg
South Side Sunset Kauai02.jpg
The Devil Star.jpg
Tree Profiles0001.jpg
Tree Profiles0002.jpg
Tree Profiles0003.jpg
Tree Profiles0004.jpg
Tunnels Beach0001.jpg
Tunnels Beach0002.jpg
Tunnels Beach0003.jpg
Tunnels Beach0004.jpg
Tunnels Beach0005.jpg
Tunnels Beach0006.jpg
Turtle bay.jpg
Two Worlds.jpg
Under the Boardwalk.jpg
Venice Falls, Maui.jpg
Venice Falls01.jpg
Venice Falls02.jpg
Venice Falls03.jpg
Venice Falls04.jpg
Waikiki01.jpg
Waikiki02.jpg
Waikiki03.jpg

ST-VA0001761524 image list

```
Wailua Falls.jpg
Wailua Resavor.jpg
Wailua0001.jpg
Wailua0002.jpg
Wailua0003.jpg
Wailua0004.jpg
Waimea0001.jpg
Waimea01.jpg
Waimea0002.jpg
Waimea02.jpg
Waimea0003.jpg
Waimea03.jpg
Waimea04.jpg
Water bite.jpg
ABay Sunset.jpg
Alau isle.jpg
Anahola beaches.jpg
Anahola rocks.jpg
Anahola Seascape.jpg
Anahola.jpg
```

# EXHIBIT 3

| Username / Customer# | Password | | Forgot Password? | Create Account | USD | empty |

Deals of the Day

24/7 Sales & Support (480) 505-8877
Hablamos Español

Our Commercials    Bob's Video Blog    Help & Forums

WHOIS Domain Check

**Domains    Hosting    Email    Websites    Search Engines    SSL & Security    Resellers    Affiliates    Auctions    My Account**

## WHOIS search results for:

(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Domains by Proxy, Inc.

DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: PARADISEFESTIVAL.NET
Created on: 12-Sep-10
Expires on: 12-Sep-20
Last Updated on: 26-Aug-11

Administrative Contact:
Private, Registration PARADISEFESTIVAL.NET@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2598

Technical Contact:
Private, Registration PARADISEFESTIVAL.NET@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2598

Domain servers in listed order:
SNS9.WIN.HOSTGATOR.COM
SNS10.WIN.HOSTGATOR.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

### NameMatch Recommendations

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand against internet
squatters who could try to buy up these names in the hopes of selling them to you at an
inflated price. It also enables you to capture more Web traffic, which you can then direct to
your primary domain.

**Domains available for new registration:**

| | Alternate TLDs | | |
|---|---|---|---|
| | paradisefestival.co | SAVE | $17.99*/yr |
| | paradisefestival.info | SAVE | $1.99*/yr |
| | paradisefestival.org | SAVE | $6.99*/yr |
| | paradisefestival.us | SAVE | $3.99/yr |
| | paradisefestival.ca | | $12.99/yr |
| | paradisefestival.mobi | SAVE | $6.99*/yr |
| | paradisefestival.biz | SAVE | $5.99*/yr |
| | paradisefestival.me | SAVE | $8.99/yr |
| | **Similar Premium Domains** | | |
| | AboriginalFestival.com | | $499.00* |
| | CzechFestival.com | | $649.00* |
| | FestivalRides.com | | $499.00* |
| | ParadiseAudio.com | | $3,188.00* |
| | ParadiseConnect.com | | $588.00* |
| | ParadiseDVD.com | | $688.00* |
| | **Similar Domains** | | |
| | paradisefestivals.net | SAVE | $9.99*/yr |
| | theparadisefestival.net | SAVE | $9.99*/yr |
| | paradisefestivalsite.net | SAVE | $9.99*/yr |
| | myparadisefestival.net | SAVE | $9.99*/yr |
| | paradisefestivalonline.net | SAVE | $9.99*/yr |
| | newparadisefestival.net | SAVE | $9.99*/yr |
| | paradisefestivalstore.net | SAVE | $9.99*/yr |
| | freeparadisefestival.net | SAVE | $9.99*/yr |

Domains available at Go Daddy Auctions®.

# EXHIBIT  4

PARADISE International Gay Festival     http://www.mndevents.com/paradise.html



| Paradise | Sound Factory | Scandal | Travel | Photos | DJs | Mailing List | Calendar | Contact | FB / Myspace |





**PARADISE HAWAII FESTIVAL**
**MAY 10-13:**
**A WEEK OF INCREDIBLE EVENTS**
**WEEKEND PASS INCLUDES: $195.00**
**THRU THE END OF JUNE 2012**
**FRIDAY-DON'T ASK, DO TELL**
**SATURDAY- MAIN EVENT**
**SUNDAY- T DANCE**
**SUNDAY- CLOSING**

**PASSES AVAILABLE WHILE SUPPLIES**
**LAST**



2/22/2012 11:46 AM





All your travel needs at your fingertips, and discounted too!

The ONLY site you need for ...
...Hotels, Car rentals, Flights, Condos, Cruises & so much MORE!!

mndAdventures.Rovia.com
cst# 209483-40

Enroll as a preferred customer and receive the following benefits;
- Service fees waived for online airline purchases
- Access to price comparison service
- Exclusive access to Rovia preferred last-minute deals
- $200,000 airline accidental insurance per ticket (based on policy)
- 30 minutes of toll-free consierge service for each travel booking

Skin Care Products

TESTICULAR
AWARENESS
FOUNDATION

SAVE YOUR LIFE.
SELF EXAM.

Design created by Devin De Leon

# EXHIBIT  5

**Mr. Vincent K. Tylor's photograph, Golf Hawaii**



**SCREENSHOT of Defendants' webpage at:**
http://www.paradisefestival.net/Web/EN/About.aspx



Exhibit 5                                                                                        1

**Mr. Vincent K. Tylor's photograph, Surfer at Twiligh**



**SCREENSHOT of Defendants' webpage at:**
http://www.paradisefestival.net/Web/EN/About.aspx



Exhibit 5                                                                2

**Mr. Vincent K. Tylor's photograph, Waikiki Dusk**



**SCREENSHOT of Defendants' webpage at:**
http://www.paradisefestival.net/Web/EN/About.aspx



Exhibit 5                                                          3

**Mr. Vincent S. Tylor's photograph, East Side Kauai**



**SCREENSHOT of Defendants' webpage at:**
http://www.paradisefestival.net/Web/EN/About.aspx



Exhibit 5                                                                 4

**Mr. Vincent S. Tylor's photograph, Chinaman's Hat**



**SCREENSHOT of Defendants' webpage at:**
http://www.paradisefestival.net/Web/EN/About.aspx



Exhibit 5                                                                     5

**Select samples of additional SCREENSHOT of Defendants' webpage at:**

Page URL:  http://www.paradisefestival.net/WEB/EN/Hawaii.aspx



Exhibit 5

Page URL:  http://www.paradisefestival.net/WEB/EN/Partners.aspx



Page URL:  http://www.paradisefestival.net/WEB/EN/Contact.aspx



Exhibit 5

7

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

Hawaiian Art Network, LLC , a Hawaiian
_Limited Liability Corporation_____
_____Plaintiff_____
v.

MND Events, LLC, y California Limited Liability
Company, Paradisefestival Hawaii, and DOES 1-10,
Inclusive,_____Defendant

Civil Action No. **CV12-3426** CBM
(EX)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   To All Named Defendants:
MND Events, LLC
1174 Carmona Ave.,
Los Angeles, CA 90019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   K. Brian Matlock
Matlock Law Group, PC
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __APR 2 0 2012__

_____
*Signature of Clerk or Deputy Clerk*

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Hawaiian Art Network, LLC, A Hawaiian Limited Liability Corporation | MND Events, LLC , Paradise Festival Hawaii, Does 1-100 |

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Los Angeles
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
K. Brian Matlock
Matlock Law Group, PC
1485 Treat Blvd., Suite 200, Walnut Creek, CA 94597

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☒ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | **IMMIGRATION** | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 462 Naturalization Application | | |
| | | | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
17 USC Section 101 et seq., 17 USC Section 1202(b) et seq.,

Brief description of cause:
Violation Federal Copyright Act for Registration # VA 1-695-555, 1-761-524, Violation Digital Millennium Copyright

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*   JUDGE _____   DOCKET NUMBER _____

DATE
04/17/2012

SIGNATURE OF ATTORNEY OF RECORD
*K. Brian Matlock*

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

CV12-3426

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Hawaii |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):**  _K. Brian Matlock_      Date  4/19/2012

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |