1  MATLOCK LAW GROUP, P.C.
   Anne-Leith Matlock (SBN 244351)
2  K. Brian Matlock (SBN 243812)
3  Yue Xu (SBN 274744)
   1485 Treat Blvd., Suite 200
4  Walnut Creek, CA 94597
   Telephone: (925) 944-7131
5  Facsimile:  (925) 944-7138
6
   Attorneys for Plaintiff:
7  Hawaiian Art Network, LLC
8

9                    UNITED STATES DISTRICT COURT
10                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

| HAWAIIAN ART NETWORK, LLC, a Hawaiian Limited Liability Corporation, | CASE NO. : CV12-3426 CBM (Ex) |
|---|---|
| Plaintiff, | REQUEST TO ENTER DEFAULT |
| v | |
| MND EVENTS, LLC, a Californian Limited Liability Company, ParadiseFestival Hawaii, and DOES 1-10, inclusive, | |
| Defendants. | |

     TO:    THE CLERK OF THE ABOVE-ENTITLED COURT

     Plaintiff Hawaiian Art Network LLC hereby request that the Clerk of the above-entitled Court enter default in this matter against defendant MND Events LLC, ParadiseFestivalHawaii on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.  Plaintiff served the

REQUEST TO ENTER DEFAULT         1           CASE NO.: CV12-3426 CBM

complaint on defendant MND Events, LLC on May 6, 2012, evidenced by the proof of service of summons on file with this Court. The above stated facts are met forth in the accompanying declaration of Anne-Leith Matlock, filed herewith.

DATED: June 1, 2012             MATLOCK LAW GROUP, PC


                                By:   /s/Anne-Leith Matlock
                                      Anne-Leith Matlock
                                      K. Brian Matlock
                                      Yue Xu
                                      Attorneys for Plaintiffs
                                      Hawaiian Art Network, LLC