# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Hawaiian Art Network LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:12-cv-03426-CBM |
| v. | |
| MND Events LLC et al | **NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT** |
| Defendant(s). | |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of _ParadiseFestivalHawaii_ for the following reason(s)

- ☐ No declaration as required by F.R.Civ.P 55(a)
- ◾ No proof of service/waiver of service on file
- ☐ The name of the person served does not exactly match the complaint
- ☐ Proof of Service is lacking required information
- ☐ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ☐ Time to respond has not expired
- ☐ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
    - ☐ Request forwarded to assigned Judge for consideration
- ☐ Party dismissed from action on _____
- ☐ Case terminated on _____
- ◾ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

CLERK OF COURT

Lori Muraoka   Tel: 213-894-1532

By: _____
Deputy Clerk